UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:07-cr-372-T-30TGW

ALAN MUCH

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant ALAN MUCH. Leave of Court is granted and the Indictment is dismissed against Defendant ALAN MUCH, in the above-captioned case. The Clerk of Court is directed to close the case as to Defendant ALAN MUCH.

Dated: 20 Oct. 2010

JAMES S. MOODY, Jr.
United States District Judge